No. 98–1674. MEECE, DBA AMERICAN WHOLESALE JEWELRY v. ROLEX WATCH, U.S.A., INC. C. A. 5th Cir. Certiorari denied.

No. 98–1693. SHEINBAUM ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1705. KANSAS v. BRANDAU. C. A. 10th Cir. Certiorari denied.

No. 98–1710. MOHAMMED v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1711. DERRICK ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7700. LANG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7762. ALBOROLA-RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7852. UNDERWOOD v. WILSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8218. PRICE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–8252. FULLER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8544. GUEVARA, AKA ROSADO v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–8556. CHENEY v. ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 98–8560. FISHER v. YOUNG, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–8561. HILL v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.